UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IRENE ORSINO                        :
                                    :
              Petitioner,           :
                                    :     Civ. No.: 07-CV-9454 (DAB)
    v.                              :
                                    :     **RULE 7.1 STATEMENT**
COUNTRYWIDE FINANCIAL               :
CORPORATION and COUNTRYWIDE         :
HOME LOANS, INC.                    :
                                    :
              Respondents.          :
                                    :
------------------------------------x

Pursuant to F.R.C.P. 7.1 and to enable the Judges and Magistrates of this Court to evaluate grounds for possible disqualification or recusal, the undersigned attorneys of record for Respondents Countrywide Financial Corporation and Countrywide Home Loans, Inc. hereby certify the following:

1.  Countrywide Financial Corporation has no parent corporation and Legg Mason Capital Management, Inc. owns 10.04% of its stock; and

2.  Countrywide Financial Corporation is the parent corporation of Countrywide Home Loans, Inc., and no publicly held company owns 10% or more of Countrywide Home Loans' stock.

Dated: New York, New York
December 7, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Scott Wenner (SW- 7081)
Jane H. Kauh (JK- 9298)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000
Attorneys for Respondents

PHDATA 3034854_1