UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2008

IRENE ORSINO

          Petitioner

v.

COUNTRYWIDE FINANCIAL CORPORATION

and

COUNTRYWIDE HOME LOANS, INC.

          Respondent

Case No. 07 CIV 9454

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of Timothy E. Hoeffner, Esquire, attorney for Petitioner Irene Orsino and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> James F. Kilcur, Esquire
> SAUL EWING LLP
> Centre Square West
> 1500 Market Street, 38th Floor
> Philadelphia, PA 19102
> (215) 972-7836 phone
> (215) 972-1846 fax
> jkilcur@saul.com

is admitted to practice *pro hac vice* as counsel for Petitioner Irene Orsino in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

1013074.1 1/22/08

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

*Deborah A. Batts*
United States District/Magistrate Judge
2/14/08

Dated: _____
    City, State: New York, New York

1013074.1 1/22/08